UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHANG YONG, | § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 05-01564 (RWR) |
| UNITED STATES OF AMERICA, | § § § | |
| Defendant. | § | |

## NOTICE OF ATTORNEY APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Edward C. Reddington as counsel for Defendant in the above captioned case.

Respectfully submitted,

_____
EDWARD C. REDDINGTON
Special Assistant U.S. Attorney
DC Bar Number 463507
901 North Stuart Street, Ste. 431
Arlington, Virginia 22203
Office (703) 696-1638
Facsimile (703) 696-8178

1

## CERTIFICATE OF SERVICE

Pursuant to Federal rule of Civil Procedure 5, I certify that a true and exact copy of the foregoing was served by First Class Mail, Postage Pre-paid to:

Thomas McCarron
Semmes, Bowen, & Semmes
250 West Pratt Street
Baltimore, MD 21201

EDWARD C. REDDINGTON
Special Assistant U. S. Attorney