IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SHANG YONG,** | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. 05-01564 (RWR) |
| **UNITED STATES OF AMERICA,** | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \*

**PLAINTIFF'S INITIAL DISCLOSURES**

Plaintiff, Shang Yong, by his attorneys, Thomas V. McCarron and Semmes, Bowen & Semmes, provides its initial disclosures under Rule 26(a), Federal Rules of Procedure, as follows:

**A.    Witnesses:**

In addition to the parties, and the alleged eyewitnesses set forth in Defendant's initial disclosure, Defendant identifies his treating doctors including Fraser C. Henderson, M.D., Mudit Sharma, M.D. and other treating doctors and healthcare professionals at the Georgetown University Hospital, Washington, D.C. 20007; healthcare professionals at the Zhong Nan Hospital of Wuhan University, People's Republic of China including Zhang Ming Yuan of Zhong Nan Hospital of Wuhan University; Dr. Xiangzhi Ming, Department of Forensic Medicine, Medical School of Wuhan University; Chu Yugang, Director and Teaching Manager of the Institute of Economics, Hubei Academy of Social Sciences, People's Republic of China; Huang Yong, Director of the Department of Human Resource Management, the Hubei Academy of Social Sciences, 165 East Lake Road, The Department of Human Resource Management, Hubei Academy of Social Sciences, Wuhan Hubei 430077 The People's Republic of China; George Alves, Legal Language Services, 18 John Street, Suite 300, New York, New York 10038

(translator) and Officer Savah, H., Badge No. 1673 of the Washington Metropolitan Police Department.

**B.    Documents:**

The following documents are located in the undersigned counsel's office and are available for copying and inspection at a mutually agreeable time:

1. Police Report;
2. Plaintiff's medical records and medical bills;
3. Photographs of the accident scene;
4. Translations of medical bills and forensic medical certification of Plaintiff from Hubei Hospital;
5. Correspondence from Hubei Academy of Social Sciences referencing Plaintiff's economic damages;
6. Claims correspondence of Plaintiff and/or his attorney during the administrative claims process;
7. Damages, *see* attached itemization of specials. Additional, Plaintiff seeks non-economic damages; and
8. Recorded statements of witnesses Yvonne Dale and Vicki Whitlock
9. Guides to the Evaluation of the Permanent Impairment.

**C.    Insurance Agreements:**

Not applicable to Plaintiff.

**D.    Damages:**

See attached itemization of specials. In addition, Plaintiff seeks non-economic damages.

Respectfully submitted,

_____
Thomas V. McCarron, Fed. DC Bar # 465948
Semmes, Bowen & Semmes
250 West Pratt Street, 16th Floor
Baltimore, Maryland 21201-2423
(410) 539-5040

*Attorneys for Plaintiff*

B0560209.WPD

## ITEMIZATION OF SPECIALS

| | |
|---|---:|
| Georgetown University Hospital | $ 39,080.94 |
| Georgetown University Physicians | 1,984.00 |
| Zhong Nan Hospital - Wuhan University (RMB 21586.71 Yuan) | <u>2,608.03</u> |
| **Current Medicals Subtotal:** | **$ 43,672.97** |
| | |
| Loss of Earnings (through December, 2003 RBM 81380 Yuan) | $ 9,832.06 in salary |
| **Current Loss of Earnings Total:** | <u>**$ 9,832.06**</u> |
| **TOTAL SPECIALS:** | **$ 53,505.03** |

B0454704.WPD