UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANG YONG,<br><br>     Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | Civ. No. 05-1564 (TFH) |

**ORDER SCHEDULING A CONFERENCE**

The parties shall appear for a scheduling conference on **Tuesday, January 3, 2006 at 10:00 a.m. in Courtroom 25**, which is located in the new annex to the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C., 20001. The scheduling conference will be held for the purposes specified in Fed. R. Civ. P. 26(f), in accordance with Fed. R. Civ. P. 16.

The Court expects professionalism, courtesy and civility to govern the parties' conduct at all times during these proceedings. Given counsels' competence and experience, the Court is confident that this objective will be accomplished without judicial intervention.

Any request for an extension or enlargement of time, as well as any request to reschedule a proceeding, shall be by motion addressed to the Court. Requests to reschedule a proceeding shall identify alternate dates agreed to by all parties.

The parties are reminded that all documents must be filed by electronic means in compliance with LCvR 5.4, which addresses cases assigned to the Case Management/ Electronic Case Management Filing System ("CM/ECF"). Parties may obtain a CM/ECF password from the Clerk of the Court.

**SO ORDERED.**

November 22, 2005                                                             /s/
                                                                    Thomas F. Hogan
                                                                      Chief Judge