IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHANG YONG, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. 05-01564 (RWR) |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \*

**ENTRY OF APPEARANCE**

Dear Sir/Madam Clerk:

Please enter the appearance of Scott M. Trager, Esquire of Semmes, Bowen & Semmes, as additional counsel for Plaintiff.

Respectfully submitted,

_____
Thomas V. McCarron, Fed. DC Bar # 465948
Scott M. Trager, Fed. DC Bar #463538
Semmes, Bowen & Semmes
250 West Pratt Street, 16th Floor
Baltimore, Maryland 21201-2423
(410) 539-5040

*Attorneys for Plaintiff*

B0582340.WPD