UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANG YONG,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | Civ. No. 05-1564 (TFH) |

## SCHEDULING ORDER

It is hereby ORDERED that

1. Discovery is to close by July 5, 2006, and it is further ORDERED that

2. The parties are permitted to conduct 10 depositions each and 25 interrogatories each, and it is further ORDERED that

3. Any expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) must be submitted by April 3, 2006, and any expert rebuttal reports must be submitted by May 20, 2006, and it is further ORDERED that

3. A telephonic status conference will be held on Monday, July 10, 2006 at 9:30 a.m. If either party prefers to do an in-court status conference at that time they shall notify chambers by Friday, July 7, 2006.

**SO ORDERED.**

January 27, 2006                      /s/
                               Thomas F. Hogan
                                Chief Judge