IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHANG YONG, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. 05-01564 (RWR) |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \*

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice.

Respectfully submitted,

_____
Thomas V. McCarron, # 465948
Semmes, Bowen & Semmes
250 West Pratt Street, 16th Floor
Baltimore, Maryland 21201-2423
(410) 539-5040

*Attorneys for Plaintiff*

_____
Kevin K. Robitaille
Special Assistant US Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 353-9895
*Attorneys for Defendant*

_____
KENNETH L. WAINSTEIN, DC BAR#451058
United States Attorney

_____
R. CRAIG LAWRENCE, DC BAR#171538
Assistant United States Attorney

B0594594.WPD