UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANG YONG,<br><br>       Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | Civ. No.  05-1564 (TFH) |

## ORDER

Pending before the Court is the parties' Stipulation of Dismissal With Prejudice [10]. Based on the Stipulation and the entire record in this matter, it is hereby **ORDERED** that this action is dismissed with prejudice.  It is further **ORDERED** that Civil Action Number 05-1564 shall be closed on the Court's docket.

    **SO ORDERED.**

May 1, 2006　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　　　Thomas F. Hogan
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Judge